EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br><br>Livia E. Suárez Miranda | 2019 TSPR 190<br><br>203 DPR \_\_\_\_\_ |

Número del Caso: TS-13,640

Fecha: 3 de octubre de 2019

Abogada de la parte peticionaria:

     Por derecho propio

Materia: Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| Ex parte:<br><br>Livia E. Suárez Miranda | TS-13,640 | |

RESOLUCIÓN

San Juan, Puerto Rico, a 3 de octubre de 2019.

Examinada la *Moción en Cumplimiento de Orden*, presentada por la Sra. Livia E. Suárez Miranda, se provee ha lugar.

Por lo tanto, se instruye al Secretario del Tribunal a realizar el cambio de la Sra. Livia E. Suárez Miranda a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). La señora Suárez Miranda deberá actualizar de inmediato toda la información contenida en dicho Registro. Se le advierte de su obligación de mantener toda su información actualizada en el RUA.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez no intervino.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo